# United States District Court for the Northern District of Illinois

Case Number: 08cv807               Assigned/Issued By: j. n.

Judge Name: GOTTSCHALL        Designated Magistrate Judge: VALDEZ

## FEE INFORMATION

*Amount Due:*   [✓] $350.00      [ ] $39.00      [ ] $5.00
                [ ] IFP          [ ] No Fee      [ ] Other _____
                [ ] $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350_____            Receipt #: 2522068_____

Date Payment Rec'd: 2-6-08_____          Fiscal Clerk: J.N._____

## ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
[ ] Citation to Discover Assets          (Victim, Against and $ Amount)

[ ] Writ _____
         (Type of Writ)

_5_ Original and _0_____ copies on _2-7-08_____ as to _ALL DEFENDANTS_____
                                         (Date)

C:\wpwin80\docket\feeinfo.frm        03/14/05