# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

Haley Myers, Plaintiff

v.                                                    Case Number: 08 C 807

City of Chicago, et. al.                              Judge Gottschall

## APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Chicago Police Officers George Owen Jr., Kimberly McQuarter, Robert Zielinski, Peter Ujda and City of Chicago

| (A) | | | | (B) | | | | |
|---|---|---|---|---|---|---|---|---|
| SIGNATURE  /s/ Mary McCahill | | | | /sSIGNATURE | | | | |
| NAME  MARY MCCAHILL | | | | NAME | | | | |
| FIRM  CORPORATION COUNSEL'S OFFICE | | | | FIRM | | | | |
| STREET ADDRESS  30 N. LaSALLE ST., SUITE 1400 | | | | STREET ADDRESS | | | | |
| CITY/STATE/ZIP  CHICAGO, IL 60602 | | | | CITY/STATE/ZIP | | | | |
| TELEPHONE NUMBER  (312) 742-6404 | | | | TELEPHONE NUMBER | | | | |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 06277989 | | | | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | | | | |
| MEMBER OF TRIAL BAR? | YES ☐ | NO X | | MEMBER OF TRIAL BAR? | | YES ☐ | NO | |
| TRIAL ATTORNEY? | YES X | NO ☐ | | TRIAL ATTORNEY? | | YES ☐ | NO ☐ | |
| | | | | DESIGNATED AS LOCAL COUNSEL? | | YES ☐ | NO ☐ | |
| (C) | | | | (D) | | | | |
| SIGNATURE | | | | SIGNATURE | | | | |
| NAME | | | | NAME | | | | |
| FIRM | | | | FIRM | | | | |
| STREET ADDRESS | | | | STREET ADDRESS | | | | |
| CITY/STATE/ZIP | | | | CITY/STATE/ZIP | | | | |
| TELEPHONE NUMBER | | | | TELEPHONE NUMBER | | | | |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | | | | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | | | | |
| MEMBER OF TRIAL BAR? | YES ☐ | NO ☐ | | MEMBER OF TRIAL BAR? | | YES ☐ | NO ☐ | |
| TRIAL ATTORNEY? | YES ☐ | NO ☐ | | TRIAL ATTORNEY? | | YES ☐ | NO ☐ | |
| DESIGNATED AS LOCAL COUNSEL? | YES ☐ | NO ☐ | | DESIGNATED AS LOCAL COUNSEL? | | YES ☐ | NO ☐ | |