**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Haley Myers
                Plaintiff,

v.                                            Case No.: 1:08−cv−00807
                                                     Honorable Joan B. Gottschall

Officer Ujda, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 9, 2008:

      MINUTE entry before Judge Honorable Joan B. Gottschall: Status hearing held on 4/9/2008. Rule 26(a)(1) disclosures shall be exchanged by 4/18/2008. ( Discovery ordered closed by 8/22/2008.) This matter is referred to Magistrate Judge Valdez for discovery supervision and settlement conference. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.