UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Haley Myers
                Plaintiff,

v.                                   Case No.: 1:08−cv−00807
                                        Honorable Joan B. Gottschall

Officer Ujda, et al.
                Defendant.

**ORDER REFERRING A CIVIL CASE TO THE
DESIGNATED MAGISTRATE JUDGE**

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Maria Valdez for the purpose of holding proceedings related to: discovery supervision and settlement conference. Mailed notice.

Dated: April 9, 2008

                                                               /s/ Joan B. Gottschall

                                                               United States District Judge