**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Haley Myers
                         Plaintiff,

v.                                              Case No.: 1:08−cv−00807
                                                Honorable Joan B. Gottschall

Officer Ujda, et al.
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 13, 2008:

   MINUTE entry before the Honorable Joan B. Gottschall: Status hearing held on 8/13/2008. It is hereby ordered that this case is dismissed with leave to reinstate on or before 9/12/2008.. If the case is not reinstated on or before 9/12/2008, the dismissal shall be with prejudice. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.