IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HALEY MYERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08 C 807 |
| | ) | |
| OFFICER UJDA #4980, OFFICER R.C. | ) | Judge Gottschall |
| ZIELINSKI #12307, OFFICER K.R. | ) | |
| MCQUARTER #17198, SERGEANT G.OWEN | ) | Magistrate Judge Valdez |
| JR., and the CITY OF CHICAGO, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

| | |
|---|---|
| _____ Amanda Yarusso | _____ |
| Blake Horwitz | Mary McCahill |
| Attorney for plaintiff, | Assistant Corporation Counsel |
| Hayley Myers | Attorney for defendants, |
| Law Offices of Blake Horwitz | George Owen, Jr., Kimberly McQuarter, |
| 155 N. Michigan Avenue, Suite 723 | Robert Zielinski and Peter Ujda, City of |
| Chicago, Illinois 60601 | Chicago |
| (312) 616-4433 | 30 North LaSalle Street, Suite 1400 |
| Attorney No. 0280081 | Chicago, Illinois 60602 |
| DATE: 8/13/08 | (312) 742-6404 |
| | Attorney No. 06277989 |
| | DATE: 8/13/08 |
| | 08 C 807 |

7